ACCEPTED
01-15-00375-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 8:38:03 AM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00375-CV**

# In the First Court of Appeals
# Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 8:38:03 AM
CHRISTOPHER A. PRINE
Clerk

_____

**LOST CREEK VENTURES LLC D/B/A HAPPY BULLDOG MANAGEMENT, STEPHAN EPSTEIN AND MARILYN ROTH EPSTEIN,**
*Appellants,*

**v.**

**ALAN PILGRIM,**
*Appellee.*

_____

**REPLY IN SUPPORT OF MOTION TO DISMISS
LOST CREEK VENTURES LLC**

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee Alan Pilgrim files this reply in support of his motion asking the Court to dismiss Lost Creek Ventures LLC d/b/a Happy Bulldog Management from the appeal.

Pilgrim asked the Court to dismiss Lost Creek from the appeal because a corporation cannot act pro se through a corporate officer who is not an attorney. Lost Creek filed a response, arguing that the "Court should deny the Motion because the

1

corporation has retained attorney Nicholas R. Dillard to represent it in this appeal." Mr. Dillard also filed a "Notice of Designation of Lead Counsel."

Lost Creek's appeal should still be dismissed. Mr. Dillard did not file an Appellant's Brief on behalf of Lost Creek or seek any additional time to do so. The brief filed by Stephen Epstein, as a member of Lost Creek and purportedly on behalf of Lost Creek "pro se", is a nullity. A corporation cannot act pro se through a corporate officer who is not an attorney. *Chavez v. Pugh*, No. 03-15-00395-CV, 2015 WL 5781113, at *1 n.1 (Tex. App.—Austin Oct. 2, 2015, no pet.) (mem. op.) (noting corporation's president could not represent corporation pro se). And the failure of an appellant to timely file a brief warrants dismissal. TEX. R. APP. P. 38.8.

## CONCLUSION

For these reasons, Appellee Alan Pilgrim asks the Court to dismiss Lost Creek Ventures LLC d/b/a Happy Bulldog Management from this appeal. Appellee requests all other relief to which he has shown himself justly entitled to receive.

Date: December 30, 2015                    Respectfully submitted,


/s/ Lisa Bowlin Hobbs

Lisa Bowlin Hobbs
  State Bar No. 24026905
Kurt Kuhn
  State Bar No. 24002433
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas  78731
(512) 476-6003
(512) 476-6002 (fax)
Lisa@KuhnHobbs.com

*Attorneys for Appellee, Alan Pilgrim*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 30, 2015, a true and correct copy of this reply was served on the following parties and counsel via e-Service:

Nicholas R. Dillard
10213 Red Fern Court
Conroe, Texas 77385
Nicholas.Dillard@talltexaslaw.com

*Attorney for Lost Creek Ventures LLC*
*d/b/a Happy Bulldog Management*

Marilyn Roth Epstein
Stephan Epstein
7519 Stonecliff Drive
Austin, Texas  78731
organiclady4@gmail.com

*Pro Se*

/s/ Lisa Bowlin Hobbs

Lisa Bowlin Hobbs